IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| SHANNON LYNN SETTLE,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:24-cv-00997-BAT<br><br><br><br>ORDER |

  Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be remanded to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the appeals council will issue a decision on the merits of Plaintiff's application for Title II benefits.

  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

Page 1  ORDER
     2:24-CV-00997-BAT

DATED this 20th day of November, 2024.

BRIAN A. TSUCHIDA
United States Magistrate Judge

Presented by:

s/ Emma C. O'Rourke-Friel
Emma C. O'Rourke-Friel
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Tel: (978) 844-3542
Email: emma.c.orourke-friel@ssa.gov

Page 2     ORDER
           2:24-CV-00997-BAT